IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF A MEMBER §
OF THE BAR OF THE SUPREME § No. 382, 2025
COURT OF THE STATE OF § ODC File No. 117174-B
DELAWARE: §
§
KEVIN M. CARROLL, §
    Respondent. §

Submitted: September 10, 2025
Decided: September 11, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

*PER CURIAM***:**

## ORDER

Upon the Joint Petition of the Office of Disciplinary ("ODC") and Kevin M. Carroll, Esquire ("Respondent") and receipt of sufficient information demonstrating that Respondent is suffering from a physical and mental condition that adversely affects his ability to practice law, it is HEREBY ORDERED that:

(1)    Respondent, for good cause shown, is immediately transferred to disability inactive status pursuant to Rule 19 of the Delaware Lawyers' Rules of Disciplinary Procedure ("Procedural Rules").

(2)    Respondent shall not practice law in this State, and any other jurisdiction in which he is admitted shall be notified of this Order.

(3)    Any disciplinary proceedings are stayed pending further order of this Court.

(4)    ODC shall apply to the Court of Chancery for the appointment of a receiver for Respondent's law practice pursuant to Procedural Rule 24.

(5)    Respondent shall cooperate fully with the receiver or ODC, including, but not limited to, any and all requests related to the transfer of his electronic case management system, electronic or hard copy files, and financial books and records, or any other request by the receiver or ODC.

(6)    This Order shall be made public.